UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

LIBERTY MUTUAL INSURANCE COMPANY,

        Plaintiff,

-against-

KINGSTON REGIONAL HEALTH CARE
SYSTEMS, INC., THE KINGSTON HOSPITAL,
MARGARETVILLE MEMORIAL HOSPITAL,
MARGARETVILLE NURSING HOME, INC.,
RRHS, INC., HUDSON VALLEY
TECHNOLOGIES GROUP, INC. and
MICHAEL KAMINSKI,

        Defendants.
-------------------------------------------------------------x

Civil Action No.
09 Civ 0771 (GLS)(RFT)

**NOTICE OF DISMISSAL**

**MADAMS/SIRS:**

        **PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a), as no defendant has served an answer and no party has moved for summary judgment, plaintiff LIBERTY MUTUAL INSURANCE COMPANY hereby dismisses the above-captioned action, without prejudice and without costs to any party.

Dated: New York, New York
      November 2, 2009

Yours, etc.

JAFFE & ASHER LLP

By: _____
Marshall T. Potashner, Esq.
Bar Roll No. 507616
Attorneys for Plaintiff
LIBERTY MUTUAL INSURANCE
COMPANY
600 Third Avenue
New York, New York 10016
(212) 687-3000

SO ORDERED:

_____
U.S. District Judge
Date: November 3, 2009

TO:  KINGSTON REGIONAL HEALTH
     CARE SYSTEMS, INC.
     396 Broadway
     Kingston, New York 12401

     THE KINGSTON HOSPITAL
     396 Broadway
     Kingston, New York 12401

     MARGARETVILLE MEMORIAL HOSPITAL
     Route 28
     Margaretville, New York 12455

     MARGARETVILLE NURSING HOME, INC.
     42158 State Highway #28
     Margaretville, New York 12455

     RRHS, INC.
     741 Grant Avenue
     Lake Katrine, New York 12449

     HUDSON VALLEY TECHNOLOGIES GROUP, INC.
     741 Grant Avenue
     Lake Katrine, New York 12449

     MICHAEL KAMINSKI
     741 Grant Avenue
     Lake Katrine, New York 12449